IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHRIS ALLEN JONES,         )
                           )
        Plaintiff,         )
                           )
        v.                 )    1:14CV817
                           )
SGT. LUTHER, et al.,       )
                           )
        Defendant(s).      )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted a civil rights action pursuant to 42 U.S.C. § 1983.[1] The form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1. The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed or signed by Plaintiff, to permit review.

2. It is not clear that Plaintiff states any viable claim for relief. His main allegations are that Defendant Luther did not like him, generally harassed him, and prevented him from obtaining a better prison job. There is no constitutional requirement that prison guards like Plaintiff, that they treat him in a civil manner, or that they award him any particular prison job.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present

---

[1] Plaintiff checked a blank on the front of the Complaint indicating that his suit is one brought under 28 U.S.C. § 1331 against federal officials. However, he names only state correctional officers as defendants.

Complaint. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above.

This, the 26th day of September, 2014.

                                            /s/ L. Patrick Auld
                                              **L. Patrick Auld**
                                **United States Magistrate Judge**